MAURICE NELLIGAN, Respondent, *v.* JAMES NELLIGAN, Appellant.

Reported below, 30 App. Div. 621.

(Submitted October 9, 1899; decided October 17, 1899.)

MOTION to substitute David Nelligan, as executor of Maurice Nelligan, deceased, as respondent herein.

Also motion to place on the preferred calendar the appeal herein from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds: 1. That the pendency of the appeal prevents a final settlement of an estate. 2. That the executor of Maurice Nelligan, deceased, is sole party plaintiff and respondent herein.

*Edward N. Jackson,* for motion.

No one opposed.

Motion for substitution granted and motion to advance denied, without costs.